Fill in this information to identify the case:

Debtor 1   Glen J Adams

Debtor 2   n/a
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern   District of Michigan
(State)

Case number  16-49432-mbm

## Official Form 410S1
# Notice of Mortgage Payment Change
12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See bankruptcy rule 3002.1

**Name of creditor:** Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.

**Court claim no.** (if known):

**Last four digits** of any number you use to identify the debtor's account:   7459

**Date of payment change:**
Must be at least 21 days after date of this notice   12/1/2017

**New total payment:**   $781.33
Principal, interest, and escrow, if any

### Part 1:   Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

☐ No       Yes   Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law.
☒ Yes        Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment:   $318.39       New escrow payment:   $314.37

### Part 2:   Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable rate note?

☒ No
☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____%       New interest rate: _____%

Current principal and interest payment:   $466.96       New principal and interest payment:   $466.96

### Part 3:   Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?
☐ No
☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect)*
      Reason for change: _____

Current mortgage payment:   $785.35       New mortgage payment:   $781.33

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗    /s/ Michael P. Hogan                        Date    11/8/2017
       Signature

**Print:**    Michael P. Hogan    P63074      Title    Bankruptcy Attorney
            First name   Middle Name   Last name

Company      SCHNEIDERMAN & SHERMAN, P.C.

Address       23938 Research Drive, Suite 300
                Number        Street

                Farmington Hills, Michigan 48335
                City        State        Zip Code

Contact phone    248-539-7400        Email: mhogan@sspclegal.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:

Glen J Adams

Chapter 13
Case 16-49432-mbm
Judge McIvor

STATE OF MICHIGAN
COUNTY OF OAKLAND

**PROOF OF SERVICE**

 Michael P. Hogan, being first duly sworn, deposes and says that he is employed by SCHNEIDERMAN & SHERMAN, P.C., Attorneys at Law, and that on the 8th day of November, 2017, a copy of the Payment Change Notice was served upon the following parties either electronically, or by depositing said copes in the U.S. Mail, postage paid:

Glen J Adams
1432 Washington Avenue
Port Huron, MI 48060

David Wm Ruskin
26555 Evergreen
Suite #1100
Southfield, MI 48076

Paul Smigielski
PO Box 468
Washington, MI 48094

I certify under penalty of perjury that the foregoing is true and correct.

/S/ Michael P. Hogan
Michael P. Hogan (P63074)
mhogan@sspclegal.com
Attorney for
Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
23938 Research Drive, Suite 300
Farmington Hills, Michigan 48335
**248-539-7400**



**Representation Of Printed Document**

seterus™
PO Box 1077
Hartford, CT 06143-1077

**Business Hours (Pacific Time)**
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.
**Phone** 866.570.5277

GLEN J ADAMS
c/o PAUL J. SMIGIELSKI
PO BOX 468
WASHINGTON MI 48094-0468

| | ESCROW ACCOUNT STATEMENT | |
|---|---|---|
| Analysis Date: | 10/19/17 | |
| Loan Number: | | |
| **Current Payment** | | **New Payment Effective 12/01/17** |
| Principal and Interest $466.96 | | Principal and Interest* $466.96 |
| Escrow $318.39 | | Escrow $308.69 |
| | | Escrow Shortage or Deficiency $5.68 |
| Total Current Payment $785.35 | | Total NEW Payment* $781.33 |

* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments. You will receive a separate notice for interest rate adjustments.

## NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc. is the servicer of the above referenced loan. In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance. Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months. This payment will increase if you have a post-petition shortage and/or deficiency. This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on June 30, 2016. Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court. Any shortage and/or deficiency listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

| ANTICIPATED DISBURSEMENTS December 2017 to November 2018 | |
|---|---|
| CITY | $2,451.28 |
| HAZARD INS | $1,253.00 |
| **Total Disbursements** | **$3,704.28** |

Bankruptcy File Date: June 30, 2016

Pre-Petition Escrow Shortage/Deficiency as of Analysis Date: $0.00

*Post Petition Beg Bal = The post-petition portion of the escrow starting balance

**Beginning balance = Starting balance less any unpaid escrow disbursements

### ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE
Anticipated Activity

| Date | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Beginning Balance** | | | | $1,783.97 |
| Post Petition Beg Bal* | | | | $1,783.97 |
| 12/01/2017 | 308.69 | 208.98- | CITY | 1,883.68 |
| 12/01/2017 | 0.00 | 1,253.00- | HAZARD INS | 630.68 |
| 01/01/2018 | 308.69 | 0.00 | | 939.37 |
| 02/01/2018 | 308.69 | 0.00 | | 1,248.06 |
| 03/01/2018 | 308.69 | 0.00 | | 1,556.75 |
| 04/01/2018 | 308.69 | 0.00 | | 1,865.44 |
| 05/01/2018 | 308.69 | 0.00 | | 2,174.13 |
| 06/01/2018 | 308.69 | 0.00 | | 2,482.82 |
| 07/01/2018 | 308.69 | 2,242.30- | CITY | 549.21 |
| 08/01/2018 | 308.69 | 0.00 | | 857.90 |
| 09/01/2018 | 308.69 | 0.00 | | 1,166.59 |
| 10/01/2018 | 308.69 | 0.00 | | 1,475.28 |
| 11/01/2018 | 308.69 | 0.00 | | 1,783.97 |
| **Total** | **$3,704.28** | **$3,704.28-** | | |

Under federal law, your lowest monthly balance in the escrow account should not have exceeded $617.38, or 1/6 of the total anticipated payments from your escrow account. Your lowest escrow balance was $549.21.

The escrow account has a post-petition shortage and/or deficiency. A deficiency, if applicable, is the amount of negative balance in the escrow account, which can occur when funds that have been paid from the escrow account exceed the funds paid to the escrow account. An escrow shortage occurs when the escrow balance is not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months. The projected beginning balance of your escrow account is $1,783.97. Your required beginning balance according to this analysis should be $1852.14. This means you have a shortage and/or deficiency of $68.17. For your convenience, we have spread this post-petition shortage and/or deficiency over the next 12 installments and included this amount in your escrow payment.

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law. This cushion covers any potential increases in your tax and/or insurance disbursements. Cushion selected by servicer: $617.38.

***Continued on Reverse***
INTERNET REPRINT

## ESCROW ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from December 2016 to November 2017. This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account. If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero.

| ACTUAL ESCROW ACCOUNT HISTORY | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Payments to Escrow | | Payments from Escrow | | Description | Escrow Balance | |
| | Projected | Actual | Projected | Actual | | Projected | Actual |
| Beginning Balance | | | | | | $1,808.01 | $4,810.27- |
| Date | | | | | | | |
| 12/01/16 | 301.32 | 0.00 * | 132.38- | 0.00 * | CITY | 1,976.95 | 4,810.27- |
| 12/01/16 | 0.00 | 0.00 | 1,351.00- | 1,253.00- * | HAZARD INS | 625.95 | 6,063.27- |
| 01/01/17 | 301.32 | 0.00 * | 0.00 | 0.00 | | 927.27 | 6,063.27- |
| 02/01/17 | 301.32 | 0.00 * | 0.00 | 0.00 | | 1,228.59 | 6,063.27- |
| 03/01/17 | 301.32 | 0.00 * | 0.00 | 0.00 | | 1,529.91 | 6,063.27- |
| 04/01/17 | 301.32 | 0.00 * | 0.00 | 0.00 | | 1,831.23 | 6,063.27- |
| 05/01/17 | 301.32 | 0.00 * | 0.00 | 0.00 | | 2,132.55 | 6,063.27- |
| 06/01/17 | 301.32 | 0.00 * | 0.00 | 0.00 | | 2,433.87 | 6,063.27- |
| 07/01/17 | 301.32 | 0.00 * | 2,132.55- | 2,242.30- * | CITY | 602.64 | 8,305.57- |
| 08/01/17 | 301.32 | 0.00 * | 0.00 | 0.00 | | 903.96 | 8,305.57- |
| 09/01/17 | 301.32 | 0.00 * | 0.00 | 0.00 | | 1,205.28 | 8,305.57- |
| 10/01/17 | 301.32 | 9,788.22 * | 0.00 | 0.00 | | 1,506.60 | 1,482.65 |
| 11/01/17 | 301.32 | 0.00 | 0.00 | 0.00 | | 1,807.92 | 1,482.65 |
| **Total** | **$3,615.84** | **$9,788.22** | **$3,615.93-** | **$3,495.30-** | | | |

* indicates a difference from a previous estimate either in the date or the amount.
** indicates escrow payment made during a period where the loan was paid ahead.

**NOTE** – This analysis was prepared in advance of the escrow payment change date. Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT. THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS. IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT. **COLORADO:** SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1411669, 1411665, 1411662. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR 97005.